# Exhibit A
## AMEX Outside Agency Letter (May 6, 2026)

American Express
P.O. Box 981535
El Paso, TX 79998

americanexpress.com

May 6, 2026

[MAILING BARCODE REDACTED]

LISA M BEILFUSS
[ADDRESS REDACTED]

RE: Account number ending in: 71003

Dear LISA M BEILFUSS:

We're writing to confirm that we received your payment of $209.12 on 09/23/2025. This payment is considered settlement in full of the account referenced above. No further attempts will be made to collect the remaining balance.

If you have any additional questions, or would like to speak with someone regarding this account, please call us at 1-800-700-7619. We are available to assist you Monday through Friday from 8:00 am to 7:00 pm, Eastern Time.

Please note: Communications can only be sent to the address on file. If an update to the address is needed, the basic Card Member, or an authorized party, can call us at the phone number above to request the change of address.

Sincerely,

American Express Outside Agency Special Research Unit

SCC0FYI27100000

# Exhibit B

## AMEX Credit Bureau Unit (May 11, 2026)

American Express
Credit Bureau Unit
PO Box 981537
El Paso, TX 79998

americanexpress.com

May 11, 2026

[MAILING BARCODE REDACTED]

[ADDRESS REDACTED]

Account Identifier: XXXX-XXXX-XXXX-71003

Dear Lisa M Belfuss:

We are writing in response to your recent inquiry regarding the credit bureau reporting of your American Express® account referenced above.

We have again reviewed our files and our position remains the same as you were previously advised. The unsatisfactory status associated with the account reported under the Account Identifier Number referenced above will remain on your credit report for no longer than the length of time permitted by applicable law. At this time, our files on this matter have been closed unless new information is provided.

Please note: The Account Identifier Number referenced above must be included in all correspondence regarding credit bureau reporting, as it is used for furnishing information to the credit reporting agencies.

If we can be of further assistance, please write us at the above listed address or call us at 1-800-874-2717. Our hours of operation are Monday through Friday from 9:00 am to 5:30 pm Eastern Time.

Sincerely,

American Express Credit Bureau Unit

| Trans Union | Equifax Credit Information Services | Experian | D&B/SBFE |
|---|---|---|---|
| Consumer Relations<br>2 Baldwin Place<br>P.O. Box 1000<br>Chester, PA 19022<br>1-800-888-4213/<br>1-800-916-8800<br>www.transunion.com/direct | PO Box 740241<br>Atlanta, GA 30374<br>1-800-685-1111<br>www.equifax.com | 701 Experian Parkway<br>P.O. Box 2002<br>Allen, TX 75013<br>1-888-397-3742<br>www.experian.com/re | 3601 Corporate Parkway<br>P.O Box 520<br>Center Valley, PA 18034-0520<br>1-866-785-0429<br>www.dnb.com<br><br>For OPEN Small Business Network accounts only |

SCC0FY22400000

## Exhibit C
## Settlement Confirmation and Proof of Check Payment (September 2025)



**Exhibit D**
**Relevant 2026 Credit Report Excerpts**

PO Box 9701
Allen, TX 75013

[redacted]

LISA MARIE BEILFUSS
[ADDRESS REDACTED]
NEW HARTFORD NY 13413-5501

experian

## Your Dispute Results

Report # r May 12, 2026

## Hi, Lisa Marie. Welcome to your Dispute Results.

Our reinvestigation of the dispute(s) and/or other request(s) you recently submitted is now complete. If an item you disputed is not in the list of results below, it was either not appearing in your credit file or it already reflected the requested status at the time of our reinvestigation.

In response to your recent request, we are sending your dispute results. Before contacting us, please review this report carefully. If you disagree with an item, you may dispute it. We will process disputes generally by sending your dispute to the furnisher of the information or to the vendor who collected the information from a public record. If we were able to make changes to your credit report based on information you provided, or if you requested the addition of a statement, we have done so. Otherwise, we have contacted the company reporting the information you disputed, supplied them all relevant information and any documents you gave us with your dispute, and instructed them to: review all information we provide them about your dispute; verify the accuracy of the information; provide us a response to your dispute; and update their records and systems as necessary.

## How to Read Your Results

Deleted - This item was removed from your credit report. Remains - The company that reported the information has certified to Experian that the information is accurate. This item was not changed as a result of our processing of your dispute. Updated (Your results will indicate which one of the following applies.) - a) The information you disputed has been updated. Please review your report for the details. b) The item you disputed has been updated, which may include an update to the disputed information. Please review your report for the details. c) Information on this item has been updated. Please review your report for the details. Verified and Updated - The information you disputed has been verified as accurate, however, information unrelated to your dispute has been updated. Please review your report for the details. Processed - This item was either updated or deleted; Please review your report for the details.

Here are your results

Credit items

**AMEX XXXX-XXXX-XXXX-71001 Outcome: Verified and Updated - The information you disputed has been verified as accurate; however, information unrelated to your dispute has been updated. Please review your report for the details.**

**Before Dispute**

LISA MARIE BEILFUSS Report # page 1 of 8

**Dispute Results** (Continued)

**AMERICAN EXPRESS** Partial Acct #XXXX-XXXX-XXXX-71003
PO BOX 981537 EL PASO TX 79998; (800) 874 2717

**Status (Oct 2025)** Paid in settlement. $327 written off

**Date opened**
Jan 2023
**Address ID #**
**Type**
Credit Card
**Responsibility**
Individual
**Interest Type**
Not reported

**Terms**
Not reported
**Monthly payment**
Not reported
**Credit limit or original amount**
Not reported
**High Balance**
$1,327

**Recent Balance**
Not reported
This account is scheduled to continue on record until Oct 2031.
**Comment**
Account closed at consumer's request.
**Comment**
**Account paid in full for less than full balance**

**Payment history:** Jul 2025 - Oct 2025

| | JAN | FEB | MAR | APR | MAY | JUN | JUL | AUG | SEP | OCT | NOV | DEC |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2025 | | | | | | | ■ | ■ | ■ | ■ | | |

| | Sep25 | Aug25 | Jul25 |
|---|---|---|---|
| Account Balance | $321 | $121 | $362 |
| Date Payment Received | No Data | No Data | No Data |
| Scheduled Payment Amount | No Data | No Data | No Data |
| Actual Amount Paid | No Data | No Data | No Data |

*Between Jul 2025 and Sep 2025, your credit limit/high balance was $1,327*

**Comment History**
Account closed at consumer's request.| Sep 2025 - Jul 2025

## After Dispute

**AMERICAN EXPRESS** Partial Acct #XXXX-XXXX-XXXX-71003
PO BOX 981537 EL PASO TX 79998; (800) 874 2717

**Status (Aug 2025)** Account charged off. $321 written off.

**Date opened**
Jan 2023
**Address ID #**
**Type**
Credit Card
**Responsibility**
Individual
**Interest Type**
Not reported

**Terms**
Not reported
**Monthly payment**
Not reported
**Credit limit or original amount**
Not reported
**High Balance**
$1,327

**Recent Balance**
Not reported
This account is scheduled to continue on record until Oct 2031.
**Comment**
Account closed at consumer's request and in dispute under FCRA.
**Comment**
**Account paid in full for less than full balance**

This item was updated from our processing of your dispute in May 2026.

**Payment history:** Jul 2025 - Oct 2025

| | JAN | FEB | MAR | APR | MAY | JUN | JUL | AUG | SEP | OCT | NOV | DEC |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2025 | | | | | | | ■ | ■ | ■ | ■ | | |

| | Sep25 | Aug25 | Jul25 |
|---|---|---|---|
| Account Balance | $321 | $321 | $282 |
| Date Payment Received | No Data | No Data | No Data |
| Scheduled Payment Amount | No Data | No Data | No Data |
| Actual Amount Paid | No Data | No Data | No Data |

*Between Jul 2025 and Sep 2025, your credit limit/high balance was $1,327*

**Your Statement** "ITEM IN DISPUTE BY CONSUMER"

If the reinvestigation does not resolve your dispute, you have the right to add a statement of up to 100 words to your file disputing the accuracy or completeness of the information.

If you provide a consumer statement that contains medical information related to service providers or medical procedures, then you expressly consent to Experian including this information in every credit report we issue about you. You may contact the company that reports the information to us and dispute it directly with them. If you wish to obtain documentation or written verification concerning your accounts, please contact your creditors directly. You may provide us additional information or documents about your dispute to help us resolve it by visiting www.experian.com/upload. You may also mail your information to Experian, P.O. Box 9701, Allen, Texas 75013.

**Dispute Results** (Continued)

You may file a complaint about Experian or the company reporting the item, with the Consumer Financial Protection Bureau or your State Attorney General's office. If there has been a change to your credit history resulting from our reinvestigation, or if you add a consumer statement, you may request that Experian send an updated report to those who received your report within the last two years for employment purposes, or within the last six months for any other purpose (the past 12 months for residents of Colorado, Maryland or New York), or within the last year for any non-employment purpose under the California Investigative Consumer Reporting Agencies Act. If you send a request to have your results sent to past recipients of your credit report, please designate the organization's name and address. In the event an organization is not specifically designated, we will generally default to sending only to companies that have requested your credit information as a result of an action you took, such as applying for credit, insurance, employment or apartment rental. If you request to have your results sent to past recipients of your investigative consumer report, you have the right to designate which entities you wish to receive the updated report and which entities you do not wish to receive the update. If interested, you may also request a description of how the reinvestigation was conducted along with the business name, address and telephone number (if reasonably available) of the furnisher of information. For frequently asked questions about your credit report, please visit experian.com/consumerfaqs.

Medical Information

By law, we cannot disclose certain medical information (relating to physical, mental, or behavioral health or condition). Although we do not generally collect such information, it could appear in the name of a data furnisher (i.e., "Cancer Center") that reports your payment history to us. If so, those names display on your report, but on reports to others they display only as "MEDICAL PAYMENT DATA." Consumer statements included on your report at your request that contain medical information are disclosed to others.

## Payment History Legend

| | | | |
|---|---|---|---|
| OK Current / Terms met | 150 Past due 150 Days | VS Voluntarily surrendered | D Defaulted on contract |
| 30 Past due 30 Days | 180 Past due 180 Days | R Repossession | C Collection |
| 60 Past due 60 Days | CRD Creditor received deed | PBC Paid by creditor | CO Charge off |
| 90 Past due 90 Days | FS Foreclosure proceedings started | IC Insurance claim | CLS Closed |
| 120 Past due 120 Days | F Foreclosure | G Claim filed with government | ND No data for this period |

## Your Potentially Negative Account Activity

The most common items in this section are late payments, accounts that have been charged off or sent to collection, accounts settled for less than full value, and items that may need closer attention, such as transferred accounts.

**AMERICAN EXPRESS** Partial Acct # XXXX-XXXX-XXXX-71003
PO BOX 981537 EL PASO TX 79998; (800) 874 2717

**Status (Aug 2025)** Account charged off. $321 written off.

**Date opened**
Jan 2023

**Address ID #**
[redacted]

**Type**
Credit Card

**Responsibility**
Individual

**Interest Type**
Not reported

**Terms**
Not reported

**Monthly payment**
Not reported

**Credit limit or original amount**
Not reported

**High Balance**
$1,327

**Recent Balance**
Not reported

This account is scheduled to continue on record until Oct 2031.

**Comment**
Account closed at consumer's request and in dispute under FCRA.

**Comment:**
Account paid in full for less than full balance

This item was updated from our processing of your dispute in May 2026.

**Payment history:** Jul 2025 - Oct 2025

| | JAN | FEB | MAR | APR | MAY | JUN | JUL | AUG | SEP | OCT | NOV | DEC |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2025 | | | | | | | [illegible] | CO | CO | CO | | |

| | Sep25 | Aug25 | Jul25 |
|---|---|---|---|
| Account Balance | $321 | $321 | [illegible] |
| Date Payment Received | No Data | No Data | No Data |
| Scheduled Payment Amount | No Data | No Data | No Data |
| Actual Amount Paid | No Data | No Data | No Data |

*Between Jul 2025 and Sep 2025, your credit limit/high balance was $1,327*

Your Statement "ITEM IN DISPUTE BY CONSUMER"

[redacted] LISA MARIE BEILFUSS [redacted] page 3 of 8

**Exhibit E**

**AMEX 2025 Year-End Summary**

## 2025 Year-End Summary

Page 1

Includes charges from January 1 through December 31, 2025

[illegible]

### Account Summary

Combined Spending for all Cards on the Account

| 2025 | January | February | March | April | May | June | July | August | September | October | November | December | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Fees & Adjustments | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| Merchandise & Supplies | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |
| Monthly Totals | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] |

## 2025 Year-End Summary

Page 2

Includes charges from January 1 through December 31, 2025

[illegible]

### Details of Spending

[illegible]

**Fees & Adjustments** — Total Fees & Adjustments Spending $1,233.86

Fees & Adjustments

Card Member [illegible] Account Number [illegible]

| Date | Month Billed | Transaction | Charges | Credits |
|---|---|---|---|---|
| [illegible] | August | LATE FEE | [illegible] | |
| [illegible] | July | Interest Charge on Purchases | [illegible] | |
| [illegible] | July | LATE FEE | [illegible] | |
| [illegible] | June | Interest Charge on Purchases | [illegible] | |
| [illegible] | June | RETURN PAYMENT FEE | [illegible] | |
| [illegible] | June | RETURNED AUTOPAY [illegible] | [illegible] | |
| [illegible] | May | Interest Charge on Purchases | $4.31 | |
| [illegible] | May | RETURN PAYMENT FEE | [illegible] | |
| [illegible] | May | RETURNED AUTOPAY [illegible] | [illegible] | |
| [illegible] | April | Interest Charge on Purchases | [illegible] | |
| [illegible] | April | RETURN PAYMENT FEE | [illegible] | |
| [illegible] | April | RETURNED AUTOPAY [illegible] | [illegible] | |
| [illegible] | March | Interest Charge on Purchases | $2.47 | |
| [illegible] | March | RETURN PAYMENT FEE | [illegible] | |
| [illegible] | March | RETURNED AUTOPAY [illegible] | [illegible] | |
| [illegible] | February | Interest Charge on Purchases | [illegible] | |
| [illegible] | February | RETURN PAYMENT FEE | [illegible] | |
| [illegible] | February | RETURNED AUTOPAY [illegible] | [illegible] | |
| [illegible] | January | Interest Charge on Purchases | [illegible] | |
| [illegible] | January | RETURN PAYMENT FEE | [illegible] | |
| [illegible] | January | RETURNED AUTOPAY [illegible] | [illegible] | |
| | | Subtotal | [illegible] | $0.00 |
| | | Fees & Adjustments Subtotal | [illegible] | $0.00 |

**Merchandise & Supplies** — Total Merchandise & Supplies Spending $29.24

Internet Purchase

Card Member [illegible] Account Number [illegible]

| | | |
|---|---|---|
| | Subtotal $1,233.00 | $0.00 |
| | Fees & Adjustments Subtotal $1,233.00 | $0.00 |

## Merchandise & Supplies

**Total Merchandise & Supplies Spending $29.24**

Internet Purchase

Card Member LISA M BELFUSS    Account Number XXXX-XXXXXX-71003

| Date | Month Billed | Transaction | Charges | Credits |
|---|---|---|---|---|
| [illegible] | April | APPLE.COM/BILL INTERNET CHARGE CA | $4.32 | |
| [illegible] | April | APPLE.COM/BILL INTERNET CHARGE CA | $2.99 | |
| [illegible] | March | APPLE.COM/BILL INTERNET CHARGE CA | $4.32 | |
| [illegible] | March | APPLE.COM/BILL INTERNET CHARGE CA | $2.99 | |
| [illegible] | February | APPLE.COM/BILL INTERNET CHARGE CA | $4.32 | |
| [illegible] | January | APPLE.COM/BILL INTERNET CHARGE CA | $2.99 | |
| [illegible] | January | APPLE.COM/BILL INTERNET CHARGE CA | $4.32 | |

AMERICAN EXPRESS

## 2025 Year-End Summary

Includes charges from January 1 through December 31, 2025

Prepared for LISA M BELFUSS Blue Business Plus Card - 71003



Internet Purchase

Card Member LISA M BELFUSS    Account Number XXXX-XXXXXX-71003

| Date | Month Billed | Transaction | Charges | Credits |
|---|---|---|---|---|
| 01/10/2025 | January | APPLE.COM/BILL INTERNET CHARGE CA | $2.99 | |
| | | Subtotal | $29.24 | $0.00 |
| | | Internet Purchase Subtotal | $29.24 | $0.00 |

**Exhibit F**

**AMEX May 26, 2026 Customer Portal Screenshots**



# Exhibit G
## AMEX CFPB Response, dated June 1, 2026

American Express
1500 NW 136th Avenue
MC FL 05-03-17
Sunrise, FL 33323

June 1, 2026

Lisa Beilfuss
[ADDRESS REDACTED]

CFPB Ref No: 260428-31956160 & 260523-33102386
Ref: GC-019MF64 & GC-019VS2J

Account Ending in 71003 & 05003

Dear Lisa Beilfuss,

We're writing in response to your recent correspondence to the Consumer Financial Protection Bureau. We are unable to remove the tradeline, modify the reporting, refund fees or interest, or provide additional compensation.

**We located your account**
The account number referenced in your correspondence is a scrambled account number used by the credit reporting agencies. The scrambled number is used to minimize the likelihood of identity theft and/or other types of fraud. Based on this number and the information you provided in your correspondence, we have identified the Blue Business Plus Card account ending in 71003. We also identified the Blue Cash Preferred® card ending in 05003.

**We treat our customers fairly**
We are committed to making sure all customers are treated fairly. That is why we take appropriate measures to make sure that our representatives comply with all laws and regulations. The actions taken on your account were based on valid reasons and in accordance with our policies and procedures.

**We reviewed the charges and autopay on your account**
We reviewed the billing statements, payment history, and account records for account ending in 71003. Our review confirms the account had limited purchase activity during 2025 consisting primarily of recurring Apple subscription transactions totaling approximately $29.24. The account also remained enrolled in Auto Pay. Between January and June 2025, six Auto Pay payment attempts were submitted using the payment information on file and subsequently returned by the financial institution associated with that payment method. Following those returned payments, returned payment fees were assessed to the account. After the account became delinquent, late payment fees were also assessed. The account records reflect total returned payment fees of $230.00, total late payment fees of $78.00,

Lisa Beilfuss
Page Two
June 1, 2026

and total interest charges of $26.48 during 2025. Based on our review, the fees and interest were assessed in accordance with the Cardmember Agreement. We are unable to remove any fees or provide reimbursement.

**We reviewed the online account messaging**
We reviewed the messaging associated with the accounts referenced in your complaint. The statement indicating that you are not personally responsible for the balance applies to the Additional Card relationship associated with the Blue cash preferred card account and does not modify the liability terms applicable to account ending in 71003 or account ending in 05003.

**We confirm the reporting is accurate**
You disputed the information being furnished to the consumer reporting agencies, including the account status history and ECOA reporting. We reviewed the account history, reporting furnished to the consumer reporting agencies, and the information associated with prior disputes submitted regarding the account. Our review confirmed the account reporting is accurate.

The reporting reflects the following account status progression:
- July 2025 – Collections
- August 2025 – Unpaid charge-off
- September 2025 – Unpaid charge-off
- October 2025 – Settled

The reporting also reflects the account was closed at the consumer's request and settled for less than the full balance. We reviewed the information furnished for account ending in 71003, including the reporting associated with the account ownership relationship. We did not identify any inaccuracies in the account ownership information being furnished to the consumer reporting agencies. Although the account was settled, consumer reporting may continue to reflect the historical performance of the account, including delinquency, collection, charge-off, closure, and settlement information. We previously provided written notice regarding the account cancellation and also addressed your reporting concerns in the Credit Bureau Unit correspondence dated April 23, 2026.The account is currently eligible to remain on consumer credit reports until approximately October 2031. We understand your concerns regarding the impact this information may have on your credit profile. However, we do not calculate consumer credit scores and do not control how credit scoring models evaluate information contained in a consumer credit report.

**We are required to accurately report the status of the accounts**
Laws and regulations require us to accurately report the status of an account to the national credit reporting agencies. You agreed to this under the terms of the Cardmember Agreement (CMA) when you used, signed, or kept the Card. You consented to the reporting of your accounts under the terms of your CMA. We are unable to delete your accounts from reporting to the credit reporting agencies because we are accurately reporting them per the terms of your CMA which complies with all laws and regulations. Additionally, under the Fair Credit Reporting Act your account is being disputed.

Lisa Beilfuss
Page Three
June 1, 2026

**Information on your credit report**
If you believe there are errors on your credit report, please reach out to the credit reporting agency directly to have it corrected. I've included the name and address of the credit reporting agency we used below.

| | | |
|---|---|---|
| TransUnion<br>Consumer Relations<br>P.O. Box 2000<br>Chester, PA 19016<br>1-800-888-4213<br>transunion.com | Equifax Credit Information<br>P.O. Box 740256<br>Atlanta, GA 30374<br>1-866-349-5191<br>myequifax.com | Experian<br>P.O. Box 4500<br>Allen, TX 75013<br>1-866-200-6020<br>experian.com/reportaccess |

We hope this letter has answered your questions and addressed your concerns.

Sincerely,
*K Dahara*
Customer Advocate Services Team
American Express

# Exhibit H

## AMEX Credit Bureau Unit Letter (June 10, 2026)

American Express
Credit Bureau Unit
PO Box 981537
El Paso, TX 79998

americanexpress.com

June 10, 2026

[MAILING BARCODES / POSTAL MARKS REDACTED]

LISA M BEILFUSS
[ADDRESS REDACTED]
NEW HARTFORD NY 134135501

Account Identifier: XXXX-XXXX-XXXX-71003

Re: Account Ending in 71003

Dear Lisa M Beilfuss:

We are writing in response to your recent inquiry, received on 06/04/2026 regarding the credit bureau reporting of your American Express® account referenced above.

We would like to resolve this matter quickly and we need your assistance to do so. Please send us the following document(s) and include a copy of your original correspondence to us:

- Your social security number.
- Please have the Card Member/Customer provide the Year of Birth.

Please note: The Account Identifier Number referenced above must be included in all correspondence regarding credit bureau reporting, as it is used for furnishing information to the credit reporting agencies.

If we can be of further assistance, please write us at the above listed address or call us at 1-800-874-2717. Our hours of operation are Monday through Friday from 9:00 am to 5:30 pm Eastern Time.